**JULIE A. BLAIR**
California State Bar No. 190802
964 Fifth Ave., Ste. 214
San Diego, CA 92101
Telephone: (619) 544-1419
Facsimile: (619) 544-1429

Attorney for Defendant Beltran-Romero

2010 JAN 26 PM 3:38

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALFREDO BELTRAN-ROMERO, <br><br> Defendant. | Case No. 07cr0657-WQH <br> 07cr0741-WQH <br><br> MOTION TO SEAL SENTENCING MEMORANDUM <br><br> Date: February 1, 2010 <br> Time: 9:00 a.m. |

To:   Karen P. Hewitt, United States Attorney,
      John Parmley, Assistant United States Attorney, and
      Victoria A. Chalmers, United States Probation Officer

The defendant, Alfredo Beltran-Romero, by and through counsel, Julie A. Blair, and pursuant to Revised General Order No. 350, hereby moves the court for an order sealing his Sentencing Memorandum for the following reasons.

1)   The sentencing memorandum includes confidential information.

A courtesy copy has been provided to Assistant United States Attorney John Parmley.

Respectfully Submitted,

S/Julie A. Blair
JULIE A. BLAIR
Attorney for Mr. Beltran-Romero

1                                                    07cr0657 and 07cr0741-WQH

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 07CR0657 AND 07CR741-WQH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **PROOF OF SERVICE** |
| | ) | |
| ALFREDO BELTRAN-ROMERO, | ) | |
| Defendant. | ) | |

I, Julie A. Blair, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On the this 25th day of January 2010, I served the within **Motion to Seal Sentencing Memo** in Case No. 07CR0657 and 07cr0741-WQH personally at the clerks office and provided a courtesy copy to the AUSA, John Parmley.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 25th January 2010, at San Diego, California.

S/Julie A. Blair
JULIE A. BLAIR