FILED

2010 JAN 26 PM 3:38

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HON. WILLIAM Q. HAYES)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO BELTRAN-ROMERO,<br><br>Defendant. | CASE NO. 07cr0657-WQH<br>07cr0741-WQH<br><br><br><br>**ORDER** |

**IT IS HEREBY ORDERED**, that the attached SENTENCING MEMORANDUM FOR DEFENDANT BELTRAN-ROMERO in the above-captioned case, be placed under seal because of is confidential nature.

**SO ORDERED.**

DATED: 1/26/10

HONORABLE WILLIAM Q. HAYES
United States District Judge

07cr0657 & 07cr0741